# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Devonte Okeith Mathis<br><br>DOB: 1999; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>21-03299MJ |

## Complaint for violation of Title 21 United States Code §§ 841(a)(1) and 841(b)(1)(D)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about October 4, 2021, in the District of Arizona, Defendant DEVONTE OKEITH MATHIS did knowingly and intentionally possess with the intent to distribute less than 50 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On Monday, October 4, 2021, Specials Agents and Task Force Officers (TFO) with the Drug Enforcement Administration (DEA) and the Pima County Counter Narcotics Alliance (CNA) were conducting an investigation at the Amtrak station, located near 400 North Toole Avenue in Tucson, Arizona. The Agents and TFOs were conducting routine interdiction and follow up in reference to tips that had been received from Amtrak, which is a routine investigative activity. Agents had been provided with a list that contained names of several individuals on an Amtrak train that was arriving in Tucson, travelling from California to Texas. Two of the individuals on the list were later identified as D.T. and Devonte MATHIS.

DEA TFO J.C. boarded the Amtrak train and observed D.T. and MATHIS seated on the train, sitting in the same row but on opposite sides of the aisle. J.C. observed MATHIS retrieve a blue colored backpack, a black drawstring bag, and a white plastic bag. MATHIS moved these bags approximately three to four rows away and returned to his original seat. J.C. approached MATHIS and asked him if those were his bags, which MATHIS denied. J.C. stated that he knows disassociation with baggage to be a common trait of drug traffickers. After MATHIS denied the bags belonged to him, he removed them from the train. Once off the train, J.C. opened the blue backpack and observed what he believed to be two packages of bulk marijuana.

CONTINUED ON NEXT PAGE

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

REQUEST DETENTION
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

AUTHORIZED BY: AUSA Erica L. Seger   ERICA SEGER *Digitally signed by ERICA SEGER Date: 2021.10.05 02:37:59 -07'00'*

Sworn to and subscribed telephonically.

SIGNATURE OF COMPLAINANT
DAVID NEILL *Digitally signed by DAVID NEILL Date: 2021.10.05 02:33:11 -07'00'*

OFFICIAL TITLE
Special Agent, FBI

SIGNATURE OF MAGISTRATE JUDGE[1]
*Leslie A. Bowman*

DATE
10/5/2021

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54

CONTINUED FROM PREVIOUS PAGE

The FBI also reviewed video surveillance, body worn camera footage, and spoke with Agents and TFOs from the DEA and Tucson Police Department (TPD). DEA Special Agents M.G. and S.F. spoke with D.T. and conducted a consensual K-9 sniff of several bags on the platform of the Amtrak Station. At some point D.T. got back onto the Amtrak train. Upon J.C. locating the bulk marijuana, he notified Agents M.G. and S.F., who attempted to recontact D.T. on the upper level of the Amtrak train. While attempting to contact D.T., DEA Special Agent M.G. was shot and killed, and DEA Special Agent S.F. was shot several times. During the incident, DEA TFO P.H. was shot and injured. Both Special Agent S.F. and TFO P.H. were transported to the hospital and are undergoing medical treatment. Immediately upon shots being fired, law enforcement officers detained MATHIS. Additional law enforcement officers, including the TPD responded to the scene, and D.T. was subsequently shot and killed, after firing a weapon at additional officers.

A search warrant for the various bags associated with MATHIS revealed approximately 2.39 kilograms of raw marijuana, 50 packages (3.5 grams in each package) of Gooberz (marijuana edibles), and other marijuana and cannabis products.