AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

United States of America
v.
Devonte Okeith Mathis

Case No. **21-03299MJ**

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Devonte Okeith Mathis,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D)

Date: 10/05/2021

*Leslie A. Bowman*
*Issuing officer's signature*

City and state: Tucson, Arizona

Leslie A. Bowman, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/05/2021, and the person was arrested on *(date)* 10/05/2021
at *(city and state)* Tucson, AZ.

Date: 10/05/2021

*[signature] #6861*
*Arresting officer's signature*

Jesus Banuelos   Task Force Officer
*Printed name and title*